No. 09-8539. Oratin Pertil, Petitioner v. United States.

559 U.S. 959, 130 S. Ct. 1560, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1351.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Same case below, 344 Fed. Appx. 569.

No. 09-8540. Alejandro Diaz-Gutierrez, Petitioner v. United States.

559 U.S. 959, 130 S. Ct. 1560, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1461.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Same case below, 354 Fed. Appx. 774.

No. 09-8542. Tobias Archuleta, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1560, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1184.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Same case below, 348 Fed. Appx. 380.

No. 09-8544. Marjil Lee Bergara, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1560, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1150,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Same case below, 332 Fed. Appx. 150.

No. 09-8545. Lazzerick Alexander, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1560, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1339.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Same case below, 573 F.3d 465.

No. 09-8547. David Bochicchio, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1561, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1140.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8549. John J. Miller, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1561, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1421.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 340 Fed. Appx. 335.

No. 09-8553. Robert Paladino, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1561, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1412.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-8554. John Michael Yoder, Petitioner v. United States.

559 U.S. 960, 130 S. Ct. 1561, 176 L. Ed. 2d 147, 2010 U.S. LEXIS 1426.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 352 Fed. Appx. 123.